AO 440 (Rev. 05/00) Summons in a Civil Action

# SERVED

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DAVID J. HOFFENKAMP, individually, and on behalf of all others similarly situated,

V.

KOPLAN WELSH AND ASSOCIATES

CASE NUMBER: 1:21-cv-04523

ASSIGNED JUDGE: Hon. Martha M. Pacold

DESIGNATED MAGISTRATE JUDGE: Hon. Jeffrey T. Gilbert

TO: (Name and address of Defendant)

KOPLAN WELSH AND ASSOCIATES
c/o REGISTERED AGENT
DELAWARE BUSINESS INCORPORATORS, INC.
3422 OLD CAPITOL TRL STE 700
WILMINGTON, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Victor T. Metroff
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Nicole Gibson*

(By) DEPUTY CLERK

August 25, 2021

DATE

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-04523

DAVID J. HOFFENKAMP, individually, and on v.
KOPLAN WELSH AND ASSOCIATES

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __KOPLAN WELSH AND ASSOCIATES__
was received by me on *(date)* __Sep 3, 2021__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __PATRICIA GRAHAM, Office Manager__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__KOPLAN WELSH AND ASSOCIATES__ on *(date)* __Sep 9, 2021__ ; or

☐ I returned the summons unexecuted because _____
Date:

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: __September 15, 2021__

*Server's signature*

Charles Murphy, Process Server
*Printed name and title*

58476

123 South 22nd Street Philadelphia, PA 19103
*Server's address*

Additional information regarding attempted service, etc: Documents (SUMMONS IN A CIVIL CASE, CLASS ACTION COMPLAINT) were served/attempted at: c/o REGISTERED AGENT, DELAWARE BUSINESS INCORPORATORS, INC., 3422 OLD CAPITOL TRL STE 700, Wilmington, DE 19808

Notes: