# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

David J. Hoffenkamp

                              Plaintiff,

v.                                                           Case No.: 1:21–cv–04523
                                                           Honorable Martha M. Pacold

Koplan Welsh and Associates

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 19, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: Objections to plaintiff's request for default [11] were due by 11/10/2021 [12]. Defendant did not appear or file objections. Accordingly, the request for default is considered to be unopposed and is granted.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.