# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAVID J. HOFFENKAMP, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOPLAN WELSH AND ASSOCIATES,<br><br>Defendant. | Case No. 1:21-cv-04523 |

## NOTICE OF VOLUNTARY DISMISSAL

**NOW COMES** the Plaintiff, DAVID J. HOFFENKAMP, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his individual claims against Defendant, KOPLAN WELSH AND ASSOCIATES, without prejudice, with all parties to bear their own attorney's fees and cost.

Dated: January 31, 2022

Respectfully submitted,

**DAVID J. HOFFENKAMP**

/s/ Victor T. Metroff

Victor T. Metroff
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
vmetroff@sulaimanlaw.com
mbadwan@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 31, 2022, I electronically filed the foregoing with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system.

*/s/ Victor T. Metroff*
Victor T. Metroff, Esq.
