UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

David J. Hoffenkamp
                        Plaintiff,

v.                                                     Case No.: 1:21–cv–04523
                                                              Honorable Martha M. Pacold

Koplan Welsh and Associates
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 31, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: This case is hereby dismissed without prejudice, with all parties to bear their own attorney's fees and costs pursuant to the Notice of Voluntary Dismissal [15] filed by Plaintiff on 1/31/2022. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.